**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 319-013 |
| | * | |
| FRANCIS ASHLEY CORBIN | * | |

**O R D E R**

In the captioned matter, the United States Magistrate Judge appointed CJA counsel to represent the Defendant in this criminal proceeding. Further, the Magistrate Judge directed that the Defendant deposit with the Clerk the sum of $1,000.00 as a reimbursement of CJA expenses. The $1,000.00 was deposited with the Clerk pursuant to the Court's directive and duly receipted by the Clerk to the Defendant. Later, the Defendant's mother retained counsel to represent him. The presiding judge has been informed that the money to make the $1,000.00 required deposit was, in fact, delivered to the Clerk by the mother. Further, previously appointed CJA counsel has waived any fee, clearly intending that the $1,000.00 deposit be returned to the mother.

At sentencing, the Defendant was, *inter alia*, ordered to pay a fine in the amount of $1,500.00.

Upon the foregoing, although there are no CJA expenses and that was the purpose of the deposit, the deposit remains with the Clerk in the name of the Defendant, duly receipted to the Defendant. The Defendant

is obligated to the United States in the amount of $1,500.00 by way of his fine.  Accordingly, **IT IS HEREBY ORDERED** that the Clerk shall apply the deposit of $1,000.00, plus any accrued interest, to the payment of the Defendant's fine.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE